

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-91,947-01 AND WR-91,947-02

## EX PARTE LAMONT MARCELOUS GILBERT, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1579971-A AND 1630403-A IN THE 183RD DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to one charge of driving while intoxicated, and one charge of evading arrest or detention, and was sentenced to six years' imprisonment in each case, to run concurrently. He did not appeal his convictions. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On January 14, 2020, the trial court entered an order designating issues in each case. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact and conclusions of law. We remand these application to the trial court to complete its

evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* Tex. R. App. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: November 18, 2020
Do not publish